IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 13-571 |
| | : | |
| THOMAS RAFFERTY | : | |
| | : | |

### O R D E R

**AND NOW**, this 8th day of July, 2014, as set forth in the accompanying Memorandum, upon consideration of Defendant's Motion to Suppress and Request for a Franks Hearing (Doc. No. 28) and the Government's Response (Doc. No. 33) and after conducting a Franks hearing, it is hereby **ORDERED** that:

1. Defendant's Request for a Franks hearing is **GRANTED**; and

2. Defendant's Motion to Suppress is **DENIED**.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                _____
                                                Paul S. Diamond, J.